**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE CARILLO LEDESMA,**<br>***Petitioner,*** | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-8787** |
| **SECRETARY MARKWAYNE MULLIN,**<br>***et al.*****,**<br>***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **25th** day of **November 2026**, upon review of Petitioner Jose Carillo Ledesma's Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response to Petition for Writ of Habeas Corpus (ECF No. 5), Petitioner's Reply in Support of the Petition (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Because Petitioner is being held in custody in violation of the Constitution or laws of the United States, Respondents shall **IMMEDIATELY RELEASE** Petitioner from detention.
3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
4. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **November 27, 2026 at 5:00 p.m.**
5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**